In the Matter of CALVIN WILLIAMS, Appellant-Respondent, v MARY PINKETT, Respondent-Appellant, et al., Respondents.—In a proceeding to validate petitions designating petitioner as a candidate in the Democratic Party primary election to be held on September 8, 1977 for the public office of Council Member, 28th Councilmanic District, Kings County, the appeal is from a judgment of the Supreme Court, Kings County, dated August 15, 1977, which, after a hearing, *inter alia,* declared the designating petitions to be invalid. Mary Pinkett cross-appeals from the said judgment insofar as it failed to dismiss petitioner's validating petition on the ground that the court lacked jurisdiction. Judgment affirmed, without costs or disbursements. A designating petition can only be signed by persons who are duly enrolled and registered voters at the time of the execution of the petition (Election Law, § 153, subd 7). The facts necessary to determine the cross appeal were not properly brought before this court. Hopkins, J. P., Cohalan, Margett, Titone and Suozzi, JJ., concur.

In the Matter of NANCY WOLF, Respondent-Appellant, v ALICE SACHS et al., Constituting the Board of Elections of the City of New York, Respondents, and JOE PERLMUTTER et al., Appellants-Respondents.—In a proceeding to validate petitions designating petitioner as a candidate in the Liberal Party primary election to be held on September 8, 1977 for the public office of Council Member, 29th Councilmanic District, Borough of Brooklyn, the parties cross-appeal from a judgment of the Supreme Court, Kings County, dated August 5, 1977, which, after a hearing, *inter alia,* granted the application. Judgment affirmed, without costs or disbursements, on the opinion of Mr. Justice Rubin at Special Term. Hopkins, J. P., Cohalan, Margett, Titone and Suozzi, JJ., concur.